

FILED

SEP 26 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CV 18 80172 MISC

**JD**

IN THE MATTER OF

Brian Kemp Hilliard, bar no. 244193

Case No.

**ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT**

TO:   Brian Kemp Hilliard, bar no. 244193

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended for 90 days by the State Bar of California effective 8/22/2018.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before November 2, 2018,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at <u>cand.uscourts.gov</u>. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after November 2, 2018 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 9/25/2018

JAMES DONATO
United States District Judge

United States District Court
Northern District of California